IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:20-cv-02755-KMT

JOHN ENRIGHT,

    Plaintiff,

vs.

PRINCIPAL LIFE INSURANCE COMPANY,

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, John Enright, and the Defendant, Principal Life Insurance Company, by and through their undersigned legal counsel hereby jointly stipulate and move that this cause be dismissed, including all claims that were or could have been raised in this action, with prejudice, with each party to bear its own attorney fees and costs.

Dated:  March 1, 2021

| | |
|---|---|
| /s/ Cesar Gavidia (with permission) | /s/ Edna S. Kersting |
| Cesar Gavidia | Edna S. Kersting |
| Attorneys Dell & Schaefer, Chartered | Wilson Elser et al. LLP |
| 2404 Hollywood Blvd | 55 West Monroe Street, Suite 3800 |
| Hollywood, FL 33020 | Chicago, Illinois 60618 |
| Telephone: 954-620-8300 | (312) 821-6261 |
| Fax: 954-922-6864 | (312) 704-1522 |
| cesar@diattorney.com | Edna.Kersting@wilsonelser.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

[2074378/4434030/1]